## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**JAMES ALBERT JONES (# 20536)**                                    **PLAINTIFF**

**v.**                                                              **No. 4:07CV9-P-A**

**GLORIA IVY**
**MAXIENE LYNCH**
**DARLESTER FOSTER**
**DWIGHT PRESLEY**
**LARRY HARDY**                                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 8th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE