IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES ALBERT JONES (# 20536)**                          **PLAINTIFF**

v.                                                                                  **No. 4:07CV9-P-A**

**GLORIA IVY**
**MAXIENE LYNCH**
**DARLESTER FOSTER**
**DWIGHT PRESLEY**
**LARRY HARDY**                                                              **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION
## FOR RELIEF FROM JUDGMENT OR ORDER

This matter comes before the court on the plaintiff's motion for reconsideration of the court's February 9, 2007, memorandum opinion and final judgment dismissing the instant case under the doctrine of *res judicata*. The plaintiff alleges that Mississippi Department of Corrections personnel are using "devices to enter [his] thoughts, dreams, and play with [his] anus, rectum, and body organs night and day."

The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion for relief from a judgment or order under FED. R. CIV. P. 60. An order granting relief under Rule 60 must be based upon: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order. The plaintiff has neither asserted nor proven any of the specific justifications for relief from an order permitted under Rule 60. In

addition, as the plaintiff's allegations are clearly delusional, the plaintiff has not presented "any other reason justifying relief from the operation" of the judgment. As such, the plaintiff's request for reconsideration is **DENIED.**

**SO ORDERED,** this the 2nd day of April, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE